Norman STRUNK and Charles (Dick) Eagleton, Appellants,

v.

Lynn BOMAR, Appellee.

No. 13960.

United States Court of Appeals
Sixth Circuit.

June 14, 1960.

Walter A. Kelley, Cincinnati, Ohio, for appellants.

Henry C. Foutch, Asst. Atty. Gen. of Tennessee, George F. McCanless, Atty. Gen. of Tennessee, on the brief, for appellee.

Before McALLISTER, Chief Judge, SIMONS, Senior Judge, and CECIL, Circuit Judge.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties and the argument of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed upon the opinion of Judge William E. Miller.

Lynn BOMAR, Warden, Tennessee State Penitentiary, Appellant,

v.

Charles BOYD, Appellee.

No. 14052.

United States Court of Appeals
Sixth Circuit.

June 13, 1960.

Henry C. Foutch, Asst. Atty. Gen. of Tennessee, George F. McCanless, Atty. Gen. of Tennessee, on the brief, for appellant.

John J. Hooker, Jr., Nashville, Tenn., Hooker & Hooker, Nashville, Tenn., of counsel, James F. Neal, of Turney & Turney, Washington, D. C., and Henry W. Hooker, of Hooker & Hooker, Nashville, Tenn., on the brief, for appellee.

Before McALLISTER, Chief Judge, SIMONS, Senior Judge, and CECIL, Circuit Judge.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the decree of the District Court be and is hereby affirmed upon the opinion of Judge William E. Miller.